IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

ALEXANDER R. AGGER
And RICHARD S. AGGER,

    Plaintiffs,

v.                                                          CASE NO.: 8:12-cv-2541-T-30TGW

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

COME NOW the parties to the above-styled cause, by and through undersigned counsel, and pursuant to Rule 41(a), Federal Rules of Civil Procedure, and Rule 3.08, Local Rules for the Middle District of Florida, hereby jointly stipulate and agree that this cause be dismissed with prejudice. Notice is hereby given that a settlement has been agreed to by the parties with each party to bear its own attorneys' fees and costs.

AGREED TO AND EXECUTED this 16th day of January, 2013.

| Merlin Law Group, P.A. | Butler Pappas Weihmuller Katz Craig, LLP |
|---|---|
| /s/ Nicole C. Vinson, Esq. | /s/ John V. Garaffa, Esq. |
| NICOLE C. VINSON, ESQ. | JOHN V. GARAFFA, ESQ. |
| FL Bar No.: 34953 | FL Bar No.: 0554308 |
| nvinson@merlinlawgroup.com | jgaraffa@butlerpappas.com |
| 777 S. Harbour Island Blvd., Ste 950 | JASON M. SEITZ, ESQ. |
| Tampa, FL 33602 | FL Bar No.: 28432 |
| Phone: 813-229-1000 | jseitz@butlerpappas.com |
| Fax: 813-229-3692 | 777 S. Harbour Island Blvd., Ste. 500 |
| Counsel for Plaintiffs | Tampa, FL 33602 |
| | Phone: 813-281-1900 |
| | Fax: 813-281-0900 |
| | Counsel for Defendant |

This motion/petition/stipulation has been duly considered and is hereby GRANTED this 17 day of JANUARY, 2013.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE